SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB 1 6 2006
J. T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

vs.                          CIVIL ACTION NO. 4:03-cv-15LN

**MATTHEW T. JORDAN**                          **DEFENDANT**

**HOWARD INDUSTRIES, INC.**                          **GARNISHEE**

## ORDER QUASHING GARNISHMENT

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that the defendant has paid his debt in full;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on May 4, 2004, be and it is hereby quashed, and the garnishee, Howard Industries, Inc. is hereby dismissed.

ORDERED AND ADJUDGED this 15th day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE